Jeffrey I. Hasson
Attorney at Law
12707 NE Halsey St.
Portland, OR 97230
Phone: (503) 255-5352
Facsimile: (503) 255-6124
E-Mail: hasson@dhlaw.biz
Washington State Bar No. 23741
Attorney for FirstSource Advantage, LLC

Honorable Lonny R. Suko

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CARL H. PLUMB,<br><br>    Plaintiffs,<br><br>    vs.<br><br>BARCLAYS BANK DELAWARE, et al,<br><br>    Defendants. | Case No.: 2:11-CV-03090-LRS<br><br>DEFENDANT FIRSTSOURCE ADVANTAGE, LLC'S MOTION TO DISMISS |

Without waiver of any other defense, pursuant to FRCP 12(b) (6), Defendant FirstSource Advantage, LLC (FirstSource), by and through its attorney, Jeffrey I. Hasson, moves to dismiss plaintiff's claim under the Fair Debt Collection Practices Act, 15 USC § 1692 et seq. (FDCPA) for the reasons and upon the grounds that it

DEFENDANT FIRSTSOURCE ADVANTAGE, LLC'S MOTION TO DISMISS -- Page 1
Case No.: 2:11-CV-03090-LRS

m:\6590\0005\p-motion to dismiss.doc

Davenport & Hasson, LLP
Attorneys at Law
12707 NE. Halsey Street
Portland, OR  97230
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124

1  fails to state a claim for relief as it was not commenced within the time limited by

2  law.

3  FirstSource moves to dismiss Plaintiff's claim under the Fair Credit

4  Reporting Act, 15 USC § 1681 et seq. (FCRA), because it fails to state a claim for

5  relief.

6  FirstSource moves to dismiss Plaintiff's claim under the Telephone

7  Consumer Protection Act, 47 USC § 227 et seq. (TCPA) for lack of subject matter

8  jurisdiction.

9  FirstSource moves to dismiss Plaintiff's claim under the Washington

10 Consumer Protection Act, RCW 19.86 et seq. (WCPA) for failure to state a claim

11 for relief, and lack of subject matter jurisdiction.

12 FirstSource moves to dismiss Plaintiff's claim under the Right of Privacy

13 Act, RCW 9.73.030 (Privacy Act) for failure to state a claim for relief, and lack of

14 subject matter jurisdiction.

15 Dated: November 7, 2011.

16                                                                               s/ Jeffrey I. Hasson
                                                                              Jeffrey I. Hasson, WSBA#23741

17                                                                               Phone: (503) 255-5352
                                                                              Attorney for FirstSource

18

19

20

DEFENDANT FIRSTSOURCE ADVANTAGE,
LLC'S MOTION TO DISMISS -- Page 2
Case No.: 2:11-CV-03090-LRS

m:\6590\0005\p-motion to dismiss.doc

Davenport & Hasson, LLP
Attorneys at Law
12707 NE. Halsey Street
Portland, OR 97230
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124

1  Certificate of Service

2    I hereby certify that on <u>November 7, 2011</u>, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send

3  notification of such filing to the following: <u>Pamela M. Andrews, Stephen A. Bernheim</u>, and I hereby certify that I have mailed by United States Postal Service

4  the document to the following non-CM/ECF participants: <u>Carl H. Plumb, 4902 Richey Rd., Yakima, WA 98908</u>.

5

                        <u>s/ Jeffrey I. Hasson</u>

6                          Jeffrey I. Hasson, WSBA No. 23741
                        Attorney for Firstsource

7                          Davenport & Hasson, LLP
                        12707 NE Halsey St.

8                          Portland, OR 97230
                        Phone: (503) 255-5352

9                          Facsimile: (503) 255-6124
                        E-Mail: hasson@dhlaw.biz

10

11

12

13

14

15

16

17

18

19

20

CERTIFICATE OF SERVICE -- Page 1
Case No.: 2:11-CV-03090-LRS

Davenport & Hasson, LLP
Attorneys at Law
12707 NE. Halsey Street
Portland, OR 97230
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124