| | |
|---|---|
| Jeffrey I. Hasson | Honorable Lonny R. Suko |

Attorney at Law
12707 NE Halsey St.
Portland, OR 97230
Phone: (503) 255-5352
Facsimile: (503) 255-6124
E-Mail: hasson@dhlaw.biz
Washington State Bar No. 23741
Attorney for FirstSource Advantage, LLC

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CARL H. PLUMB, | Case No.: 2:11-CV-03090-LRS |
| Plaintiffs, | |
| vs. | [PROPOSED] ORDER ALLOWING DEFENDANT FIRSTSOURCE ADVANTAGE, LLC'S MOTION TO DISMISS |
| BARCLAYS BANK DELAWARE, et al, | |
| Defendants. | |

This matter coming before the Court on December 27, 2011 on defendant

FirstSource Advantage, LLC's (FirstSource) Motion to Dismiss, plaintiff

[PROPOSED] ORDER ALLOWING DEFENDANT
FIRSTSOURCE ADVANTAGE, LLC'S MOTION
TO DISMISS --Page 1
Case No.: 2:11-CV-03090-LRS

Davenport & Hasson, LLP
Attorneys at Law
12707 NE. Halsey Street
Portland, OR 97230
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124

m:\6590\0005\p-motion to dismiss-proposed order.doc

appearing in person, and defendant FirstSource appearing by and through its attorney, Jeffrey I. Hasson, and the Court considering the submissions of the parties, and the Court finding that plaintiff's Fair Debt Collection Practices Act, 15 USC § 1692 et seq., (FDCPA) and Fair Credit Reporting Act, 15 USC § 1681 et seq., claims fails to state a claim upon which relief can be granted, and that there is no federal jurisdiction for the other claims for relief, and that this Court declines jurisdiction over the other claims for relief in the complaint, and the Court being fully advised,

   IT IS ORDERED AND ADJUDGED that defendant FirstSource's Motion to Dismiss is allowed, and

   IT IS FURTHER ORDERED AND ADJUDGE that the above entitled case is dismissed against FirstSource.

   Dated_____.



                                          _____
                                          United States District Judge

Presented by:

s/ Jeffrey I. Hasson
Jeffrey I. Hasson, WSBA#23741
Phone:  (503) 255-5352
Attorney for FirstSource

[PROPOSED] ORDER ALLOWING DEFENDANT
FIRSTSOURCE ADVANTAGE, LLC'S MOTION
TO DISMISS --Page 2
Case No.: 2:11-CV-03090-LRS

Davenport & Hasson, LLP
Attorneys at Law
12707 NE. Halsey Street
Portland, OR  97230
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124

m:\6590\0005\p-motion to dismiss-proposed order.doc