UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CARL H. PLUMB,<br><br>Plaintiff,<br><br>v.<br><br>BARCLAYS BANK DELAWARE; FIRSTSOURCE ADVANTAGE, LLC; COLLECTCORP CORPORATION; PLAZA ASSOCIATES, a/k/a AID Associates, Inc.; FINANCIAL RECOVERY SERVICES, INC.; PHILLIPS & COHEN ASSOCIATES, LTD.,<br><br>Defendants. | NO: CV-11-3090-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE the Court are the parties' Stipulated Motions to Dismiss with Prejudice, ECF Nos. 45, 51, and 53. Having reviewed said motions and the file and pleadings therein, the Court finds good cause to grant the motions. Accordingly,

**IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motions for Dismissal with Prejudice, **ECF Nos. 45, 51, 53,** are **GRANTED**. Plaintiff's Complaint and any and all counterclaims and/or cross-claims in regards to Defendants FirstSource Advantage, LLC, Collectcorp Corporation, and Phillips & Cohen Associates, Ltd, are dismissed with prejudice and without costs to any party.
2. All pending motions pertaining to the above named defendants, if any, are **DENIED AS MOOT**.
3. All scheduled court hearings pertaining to the above named defendants, if any, are **STRICKEN**.

The District Court Executive is directed to enter this Order, provide copies to counsel, and **terminate the above named defendants as parties in this matter**.

**DATED** this 21st day of November, 2011.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
Chief United States District Court Judge