IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

CARL H. PLUMB, *pro se*,

      Plaintiff,

   v.

BARCLAYS BANK DELAWARE;
FIRSTSOURCE ADVANTAGE, LLC;
COLLECTCORP CORPORATION;
PLAZA ASSOCIATES aka AID
ASSOCIATES, INC.; FINANCIAL
RECOVERY SERVICES, INC.;
PHILLIPS & COHEN ASSOCIATES,
LTD.,

      Defendants.

Case No: 2:11-cv-03090-RMP

## AFFIDAVIT OF BRIAN BOWERS

Brian Bowers, being first duly sworn upon oath, deposes and states:

    1.    I am an authorized representative of Financial Recovery Services, Inc. ("FRS") and am authorized to make this affidavit. FRS is in the business of debt collection.

    2.    I am familiar with the account at issue in this matter, a Barclays Bank ("Barclays") account ("Account") of Mr. Plumb ("Plaintiff"), that was placed with FRS for collections.

    3.    I am a custodian of records for FRS.

4.	Attached as Exhibit A is a true and correct copy of the credit application provided by Barclays (redacted to protect personal information and identifiers).

5.	Attached as Exhibit B a true and correct copy of FRS' collection notes (redacted to protect personal information and identifiers).

6.	On March 1, 2011, Plaintiff's Account was placed with FRS for collections. FRS relied upon the information provided by Barclays in regard to the debt, including the amount of the debt.

7.	As part of its regular course of business, FRS uses Collection Resource System ("CRS"), which is computerized collection software, produced by CR Software, Inc.

8.	CRS also acts as an electronic filing system for each collection account, recording all collection activities, including which notices are sent to whom and the date of the notices. Each entry is entered contemporaneously to the corresponding action.

9.	On or about March 2, 2011, an initial collection letter was sent to Plaintiff, as indicated in FRS' notes as "03/02/11 08:30 SN/A".

10.	On March 8, 2011, at 6:19 p.m., FRS called Plaintiff at his 4304 number, but there was no answer and no message was left.

11. As there was no answer, FRS then called Plaintiff at \*\*\*-\*\*\*-0834 ("0834 number") at 6:20 p.m. and left a message for Plaintiff.

12. On March 9, 2011, FRS called both of Plaintiff's numbers at 5:13 p.m., but there was no answer either time and no messages were left.

13. On March 10, 2011, at 2:42 p.m., FRS called the 4304 number and left a message.

14. On March 15, 2011, at 11:02 a.m., FRS called the 4304 number and left a message identical to the message left on March 10, 2011. Later that day at 8:26 and 8:28 p.m., FRS called the 4304 number and 0834 numbers, respectively, only leaving a message during the 8:28 p.m. call.

15. On March 16, 2011, at 1:14 p.m., FRS called the 4304 number, but did not leave a message. A minute later, at 1:15 p.m., FRS called the 0834 number.

16. Despite the fact that FRS had closed its file, FRS received two phone calls originating from the 4304 number, from a woman asking where service of process for FRS could be sent on July 15, 2011. Upon information, the woman who called was Georgia Plumb. At no time did FRS communicate debt information to the caller because the caller refused to identify the debtor on whose behalf she was calling. In fact, the caller claimed to be calling on behalf of Samuel Adams.

17. All calls to the 0834 number were manually dialed; they were not dialed using any automated dialing system. As indicated in its notes, calls to Plaintiff's 0834 number were made by collectors with initials of CAA, BAA, and BHJ.

18. FRS possesses recordings of various telephone recordings left on Plaintiff's voice mail.

19. FRS maintains procedures regarding messages left for consumers, which require that (1) the collector identify that he/she is calling from Financial Recovery Services, Inc., (2) the collector advise that FRS is a debt collection company and that the call is an attempt to collect a debt, and (3) the collector provide the debtor with a number with which to call the collector.

20. In this instance, a message to Plaintiff, and Plaintiff's outgoing recording, provided as follows. Moreover, each message left for Plaintiff followed the same script.

> Your call has been forwarded to an automated voice message system. 5099100834 is not available. At the tone, please record your message. When you are finished recording, you may hang up or press 1 for more options. To leave a call back number, press 5:
>
> Hello, this confidential and important message is meant solely for Carl Plumb. Um, if you are not Carl Plumb, do not listen to this message. Um, Mr. Plumb, this is Bradley with Financial Recovery Services, Incorporated a debt collection company. This is an attempt to collect a debt, any information obtained will be used for that purpose. ah, Carl, I have a file here at my office that I'd like to discuss with you...............................Please do get back to me at 866-418-9057 at extension 3237 and when calling back I'm going need you to refer to your ID code, which is DCN228. Thank you very much, Mr. Plumb.

1892779v1

21. While FRS does have recordings of messages left for Plaintiff, FRS never spoke with and therefore never recorded any conversations with Plaintiff.

22. FRS placed a total of ten phone calls to Plaintiff.

23. On or about March 28, 2011, FRS received a letter from Plaintiff, disputing the debt and requesting that FRS cease further contact with plaintiff.

24. Upon receipt of Plaintiff's dispute letter, FRS closed its file and returned the Account to Barclays.

25. No further efforts were made by FRS to collect the debt from Plaintiff and no phone calls were made by FRS after March 16, 2011.

26. FRS does not furnish information to any consumer reporting agencies and did not furnish any information regarding Plaintiff to any consumer reporting agency.

FURTHER YOUR AFFIANT SAYETH NOT.

_____
Brian Bowers

Subscribed and sworn to before me
this 2nd day of December, 2011.

_____



JUDITH J BURNS
NOTARY PUBLIC - MINNESOTA
My Comm. Expires Jan. 31, 2015

1892779v1

**EXHIBIT A**

# Barclaycard

## Application # 13710039

| App ID # | App Date | App Type | Channel | Partner Name | Status |
|---|---|---|---|---|---|
| 13710039 | 20071018 | 08 | 03 | JUNIPER.MM | A |

| Call Recvd From | Session ID | IP Address |
|---|---|---|
| | HXHdV2dPgNlqSZDkTTvRmryTf238IpksS3N5s1QKWTTjzDrBWvvBl10880774l1192724317155 | |

| Prefix | First Name | Middle | Last Name | Suffix | D.O.B. | Mothr Maidn Name |
|---|---|---|---|---|---|---|
| | CARL | H | PLUMB | | | |

| Address | Address 2 | City | ST | Zip Code |
|---|---|---|---|---|
| | | | WA | |

| Email Address | Home Phone # | Own/Rent | Mnthly Mrtg/Rnt Pymnt | Credit Limit |
|---|---|---|---|---|
| | 4304 | O | $0.00 | $5,500.00 |

| App Recvd Time (EST) | Yearly Income | Employer Name | Work Phone # |
|---|---|---|---|
| 10/18/2007 4:29:55 PM | | | 4334 |

| Auth User First Name | AU Middle | Auth User Last Name | AU Suffix |
|---|---|---|---|
| Georgia | A | PLUMB | |

| BT1 Account # | BT2 Account # | BT3 Account # |
|---|---|---|
| | | |
| Amount 1 | Amount 2 | Amount 3 |
| | | |
| Amnt Approved 1 | Amnt Approved 2 | Amnt Approved 3 |
| | | |

# FACT SHEET

```
CRS #:          DCN228                  Client #:      BAR004
Name:           PLUMB, CARL H                          BARCLAYS BANK DELAWARE
Address:        [REDACTED]              Acct #:        [REDACTED]9883
City/State:     [REDACTED]              Regarding:     JUNIPER
Home Phone:     (000) 000-0000          Amt Refered:      7082.83
Work Phone:     (000) 000-0000          Current Bal:      7082.83
Soc Sec No:     [REDACTED]              Comm Rate:     [REDACTED]
Employer:                               Costs:               0.00
                                        Ck Chg/Fee:          0.00
                                          Other      0.00
Status:         50  LEGAL ACCT          Interest Rate:    0.00000%
Coll Unit:      LAW  POTENTIAL LAWSUITS Interest Amt:        0.00
Date Last:      05/20/09                Date Received: 03/01/11
Activity Code:  NU NOT USED                ****** RETURNED ******
D.O.B           01/19/44
Field 2         REL ID: 1860066
Field 3         REL TYPE: PRIM
Field 4
===============================================================================

-----------PAYMENTS------------------------------TRANSACTIONS--------------
--Date--      Amount      Code    Rate   --DATE--    TIME  AC/RC  ----COMMENT----   ID

03/01/11       0.00        97            03/01/11  22:59  TU/NI                    SYS
                                          03/01/11  22:59  CS/10                    SYS
                                          03/01/11  23:01  CC/CC                    BJB
                                            ACTIVITY - T2 - CBR15669499
                                          03/02/11  08:30  SN/A                     -CB
                                          03/03/11  17:45  CC/CC                    SYS
                                          03/08/11  18:19  TR/NA                    SYS
                                            [REDACTED]4304 IFBAR
                                          03/08/11  18:20  TE/LD                    CAA
                                          03/09/11  17:13  TR/NA                    SYS
                                            [REDACTED]4304 IFBAR
                                          03/09/11  17:13  TE/NA                    BHJ
                                          03/10/11  14:42  TR/OI                    ZZZ
                                            [REDACTED]4304 MSG410
                                          03/15/11  11:02  TR/OI                    ZZZ
                                            [REDACTED]4304 MSG410
                                          03/15/11  20:26  TR/HU                    BAA
                                          03/15/11  20:28  FD/NI                    BAA
                                          03/15/11  20:28  TE/LD                    BAA
                                          03/16/11  13:14  TR/HU                    BAA
                                          03/16/11  13:15  TE/LD                    BAA
                                          03/28/11  17:01  RL/GI                    BJB
                                            RCVD CERTIFIED LETTER DISPUTING
                                            DEBT AND CEASING FURTHER CONTACT
                                          03/28/11  17:02  CC/CC                    BJB
                                            STRATEGY-800-24-04-03-1
                                          03/28/11  17:02  CS/79                    BJB
                                          03/28/11  17:02  CC/CC HP-[REDACTED]4304  BJB
                                          03/28/11  17:02  CC/CC WP-[REDACTED]0834  BJB
                                          03/28/11  17:02  TA/   410                BJB
```

```
DCN228    PLUMB, CARL H                                                    Page 2

-----------PAYMENTS----------------      --------------TRANSACTIONS---------------
--Date--      Amount    Code    Rate     --DATE--   TIME AC/RC ----COMMENT----- ID
                                         03/28/11 17:02 CC/CC                   BJB
                                          RETURN BAR0041-███████████9883
                                         03/28/11 17:02 CC/CC RETURN CODE CD    BJB
                                         03/28/11 17:02 TA/    CAD              BJB
                                         03/28/11 17:02 CS/83                   BJB
                                         03/28/11 17:02 WN/WN                   BJB
                                          RCVD CEASE AND DESIST
                                         07/15/11 11:17 DI/TP                   JES
                                          TP CALLED IN---SD SENDING LAW SUIT
                                          TO FRS ON BEHALF OF SAMUAL ADAMS...
                                          SD SHE WNTED OUR LAW SUIT CONTACT --
                                          I ADVSIED SEND THE INFO AND WE WILL
                                          RECIEVE --ASKED WHO I WAS SPEAKING
                                          TO --SHE RFSED ---SD NOT AN ATTORNEY
                                          BUT HELPING A FRIEND --I ASKED WHO
                                          THE SUIT IS COMING FROM AND SHE SD
                                          THE STATE OF WASHINGTON ---I SD THE
                                          STATE ---SHE SD NO ---I ADVISED ALL
                                          CALLS RECORDED AND IF THIS IS A
                                          SUIT THEN IT IS CLEAR THAT SHE IS
                                          NOT ALLOWING US TO FIND OUT THE
                                          PROBLEM ---I THEN REVERSED THE
                                          NUMBER AND IT LISTED TO A GEORGIA
                                          PLUMB AND AN IMPORT BUISNESS ---SHE
                                          SD IS NOT GEARGIA PLUMB --I ADVISED
                                          SEND WHAT EVER IONFO SHE HAS OVER
                                          TO US.
                                         07/15/11 11:20 DI/TP                   JES
                                          CALLED BACK TO TELL ME THAT CANT
                                          RECORD CALLS ---I ADVISED THAT ONLY
                                          USED IF NEEDED AND ALSO SHE CALLED
                                          AND GAVE US NO INFO OTHER THAN A
                                          THREAT OF SUIT ---SHE H
                                         07/21/11 10:38 TA/RA                   BJB
                                         07/21/11 10:39 CS/25                   BJB
                                         07/21/11 10:39 RL/GI                   BJB
                                          RCVD PRIORITY MAIL COPY OF LAWSUIT
                                          AND OFFER TO SETTLE
                                         07/21/11 10:39 MR/RA                   BJB
                                          FRWD TO LEGAL FOR REVIE
                                         08/11/11 10:26 RL/GI                   BJB
                                          RCVD CERTIFIED COPY OF LAWSUIT -
                                          FRWD TO LEGAL FOR REVIE

Date Printed:  Aug 16, 2011
```