AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

CARL H. PLUMB,

    Plaintiff,

v.

BARCLAYS BANK DELAWARE, et al.,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-11-3090-RMP

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Plaintiff Carl H. Plumb's claims against Defendant Barclays Bank Delaware are dismissed with prejudice with respect to the FDCPA and WCAA claims, and Judgment is hereby entered in favor of Defendant Barclays Bank Delaware. Mr. Plumb's other claims are hereby dismissed without prejudice.

June 5, 2012
*Date*

JAMES R. LARSEN
*Clerk*
s/ Penny Lamb
*(By) Deputy Clerk*
Penny Lamb