AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

CARL H. PLUMB,

    Plaintiff,

v.

BARCLAYS BANK DELAWARE, et al.,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-11-3090-RMP

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Defendant Financial Recovery Services, Inc.'s Motion for Summary Judgment or, Alternatively, for Judgment on the Pleadings, is hereby granted, and Judgment is hereby entered in favor of Defendant Financial Recovery Services, Inc.

June 5, 2012
*Date*

JAMES R. LARSEN
*Clerk*
s/ Penny Lamb
*(By) Deputy Clerk*
Penny Lamb