UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CARL H. PLUMB,<br><br>                    Plaintiff,<br><br>        v.<br><br>BARCLAYS BANK OF DELAWARE; FIRSTSOURCE ADVANTAGE, LLC; COLLECTOCORP CORPORATION; PLAZA ASSOCIATES, a/k/a AID ASSOCIATES, INC.; FINANCIAL RECOVERY SERVICES, INC.; PHILLIPS & COHEN ASSOCAITES, LTD.,<br><br>                    Defendants. | NO:  CV-11-3090-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

On June 5, 2012, the Court entered an Order addressing a motion to dismiss and a motion for summary judgment, ECF No. 77.  The Court granted leave for Plaintiff to amend the complaint by July 3, 2012, if he "…can, in good faith, allege additional facts to state claims against Barclays under the other federal and state statutes…" No amended complaint has been filed.  Accordingly, having previously

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

granted Plaintiff an opportunity to amend his complaint, and Plaintiff having failed to file an amended complaint, the Court, therefore **DISMISSES** this matter **WITH PREFUDICE** and **WITHOUT COSTS TO ANY PARTY**.

The District Court Clerk is directed to enter this Order, provide copies to counsel, and to **close** this file.

**DATED** this 5th day of July, 2012.

          *s/ Rosanna Malouf Peterson*
          ROSANNA MALOUF PETERSON
          Chief United States District Court Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2